USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STARR SURPLUS LINES INSURANCE
COMPANY and HOUSTON CASUALTY
COMPANY,

                Plaintiff,

         -against-

CRF FROZEN FOODS, LLC,

                Defendant.

**AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

17 Civ. 1030 (PGG) (DCF)

PAUL G. GARDEPHE, U.S.D.J.:

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | |
|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute:* | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | _____ | Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | Habeas Corpus |
| | _____ | Social Security |
| | Settlement* | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Inquest After Default/ Damages Hearing | Particular Motion: _____ |
| | | All such motions: _____ |

*Do not check if already referred for general pretrial.

Dated: New York, New York
       January 17, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge