# HINSHAW
& CULBERTSON LLP

Brent M. Reitter
BReitter@hinshawlaw.com

**ATTORNEYS AT LAW**
800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

January 19, 2018

**VIA ECF AND OVERNIGHT DELIVERY**
Hon. Debra Freeman, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 17A
New York, New York 10007

Re: **Starr Surplus Lines Insurance Company and Houston Casualty Company v. CRF Frozen Foods, LLC / Dkt. No.: 1:17-cv-01030-PGG-DCF**

Dear Magistrate Freeman:

The undersigned, along with co-counsel, Choate, Hall & Stewart LLP, represent Plaintiff Starr Surplus Lines Insurance Company ("Starr") in the above referenced action. This action was transferred to Your Honor for "[g]eneral pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)" via an Amended Order of Reference, executed by the Honorable Paul G. Gardephe on January 17, 2018. *See* ECF Dkt: 103.

In accordance with the Amended Order of Reference, and pursuant to Your Honor's Individual Rules of Practice, Starr, with the consent of Co-Plaintiff Houston Casualty Company ("HCC") and Defendant CRF Frozen Foods, LLC ("CRF"), respectfully submits this application to extend the time for all parties to serve requests for admission to February 14, 2017. Pursuant to the Court's October 30, 2017 Amended Civil Case Management Plan and Scheduling Order, the parties are currently required to serve requests for admission no later than January 22, 2018. *See* ECK Dkt: 101 at ¶ 2(b).

This is the second request by the parties for extensions of deadlines contained in the Court's original Civil Case Management Plan and Scheduling Order. *See* ECF Dkt: 90. The parties' first request for an extension of time was made by Joint Letter to Judge Gardephe on October 19, 2017. *See* ECF Dkt: 100. Judge Gardephe granted that application and issued an Amended Civil Case Management Plan and Scheduling Order on October 30, 2017. *See* ECF Dkt: 101.

SO ORDERED:   DATE: 2/16/18

_____
**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**

*granted nunc pro tunc to 1/19/18 (This resolves Dkt. 104)*

301047009v1 0986424

Arizona   California   Florida   Illinois   Indiana   Massachusetts   Minnesota   Missouri   New York   Rhode Island   Wisconsin