UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/18
```

STARR SURPLUS LINES INSURANCE
COMPANY and HOUSTON CASUALTY
COMPANY,

                  Plaintiffs,

- against -

CRF FROZEN FOODS, LLC,

                  Defendant.

**AMENDED
CIVIL CASE MANAGEMENT PLAN
AND SCHEDULING ORDER**

17 Civ. 1030 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        After consultation with counsel for the parties, the Court modifies the July 26, 2017 Civil Case Management Plan and Scheduling Order as follows:

1. The parties must complete Phase I expert discovery no later than April 20, 2018.

2. Parties seeking to make Phase I post-discovery dispositive motions should submit a letter to the Court in accordance with Rule 4(A) of the Court's Individual Practices by May 02, 2018. Opposition letters are due May 07, 2018.

3. All other portions of this Court's Civil Case Management Plan and Scheduling Order (Dkt. Nos. 90, 101) remain in full effect.

        This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend must be made in a written application in accordance with the Court's Individual Practices.

Dated: New York, New York
       March 21, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge