# ANDERSON KILL

Attorneys and Counselors at Law

ONE GATEWAY CENTER, SUITE 1510 ■ NEWARK, NJ 07102
TELEPHONE: 973-642-5858 ■ FAX: 973-621-6361
www.andersonkill.com

Steven J. Pudell, Esq.
SPudell@andersonkill.com
973-642-5877

*Via ECF*                                                                April 10, 2018

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

    Re:    *Starr Surplus Lines Insurance Company and Houston Casualty Company v. CRF Frozen Foods, LLC*
           **Civil Action No.: 17-cv-1030 (PGG)**

Dear Judge Gardephe:

    This firm represents Defendant CRF Frozen Foods, LLC in the above referenced action. The parties are scheduled to appear before Your Honor for a pretrial conference on April 12, 2018 at 10:00 a.m.

    We write to respectfully request that, if possible, co-counsel, Mark Hanson, Esq. of the Nilles Law Firm in Fargo, North Dakota, attend the conference by telephone, while I attend in person. Mr. Hanson was admitted *pro hac vice* in this matter on March 31, 2017. (ECF No. 54).

    Counsel for Starr Surplus Lines Insurance Company and Houston Casualty Company have no objection to this request.

    We thank the Court for its consideration of this matter.

    Respectfully submitted,

    ANDERSON KILL P.C.

    /s/ Steven J. Pudell
By:    Steven J. Pudell
    spudell@andersonkill.com

cc:    All counsel of record via ECF