UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STARR SURPLUS LINES INSURANCE
COMPANY and HOUSTON CASUALTY
COMPANY,

               Plaintiffs,

      - against -

CRF FROZEN FOODS, LLC,

              Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/18

**ORDER**

17 Civ. 1030 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed during the April 12, 2018 conference, it is hereby ORDERED that the parties will complete expert discovery by April 23, 2018. It is further ordered that the parties will submit a joint letter by **May 31, 2018**, setting forth (1) an estimate of how long it will take to complete fact discovery; and (2) a timeline for briefing the parties' anticipated cross-motions for summary judgment.

Dated: New York, New York
       April 12, 2018

                            SO ORDERED.

                            _____
                            Paul G. Gardephe
                            United States District Judge