# ANDERSON KILL

Attorneys and Counselors at Law

ONE GATEWAY CENTER, SUITE 1510 ■ NEWARK, NJ 07102
TELEPHONE: 973-642-5858 ■ FAX: 973-621-6361
www.andersonkill.com

Steven J. Pudell, Esq.
SPudell@andersonkill.com
973-642-5877

*Via ECF and Regular Mail*                                   April 20, 2018

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY  10007

      **Re:**   *Starr Surplus Lines Insurance Company and Houston Casualty Company v. CRF Frozen Foods, LLC*
            **Civil Action No.: 17-cv-1030 (PGG)**

Dear Judge Gardephe:

     As you are aware, this firm represents CRF Frozen Foods, LLC ("CRF") in the above referenced action. This Court granted the admission of Benjamin J. Williams *pro hac vice* in this matter on April 14, 2018. (ECF No. 57). Mr. Williams has since left the Nilles Law Firm and, therefore, no longer represents CRF.

     Pursuant to Local Civil Rule 1.4, good cause exists to grant an Order for Mr. Williams' withdrawal as attorney of record. A Proposed Order is enclosed herein for the Court's consideration. The undersigned, along with Christina Yousef, Esq. from Anderson Kill, P.C. and Mark Hanson, Esq. of the Nilles Law Firm, admitted *pro hac vice* on March 31, 2017, (ECF No. 54), will continue to serve as counsel of record for CRF.

     We thank the Court for its consideration of this matter.

                                      Respectfully submitted,

                                      ANDERSON KILL P.C.

                                      /s/ Steven J. Pudell
                              By:   Steven J. Pudell
                                      spudell@andersonkill.com

cc:    All counsel of record via ECF

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

100009756.1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY, and HOUSTON CASUALTY COMPANY,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CRF FROZEN FOODS, LLC,<br><br>                    Defendant. | Case No.  17-cv-1030-PGG<br><br>**[PROPOSED]**<br>**ORDER** |

**THIS MATTER** comes before the Court upon CRF Frozen Foods, LLC's ("CRF") request for an Order withdrawing Benjamin J. Williams as attorney of record for CRF in the above captioned matter.  Upon careful consideration of CRF's submission, and for good cause shown,

**IT IS** on this _____ day of _____, 2018,

**ORDERED** that Benjamin J. Williams is hereby withdrawn as attorney of record for CRF in the above captioned matter; and it is further

**ORDERED** that pursuant to Local Civil Rule 1.4, CRF's request and this Order shall be served upon the client and all other parties within seven (7) days of the entry of this Order; and it is further

**ORDERED** that the Clerk of the Court shall terminate Benjamin J. Williams as counsel of record for CRF Frozen Foods, LLC.

                                                **SO ORDERED**

                                                _____
                                                **HON. PAUL G. GARDEPHE, U.S.D.J.**

100009756.1