UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY, and HOUSTON CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>CRF FROZEN FOODS, LLC,<br><br>Defendant. | Case No. 17-cv-1030-PGG<br><br>[~~PROPOSED~~]<br>ORDER |

**THIS MATTER** comes before the Court upon CRF Frozen Foods, LLC's ("CRF") request for an Order withdrawing Benjamin J. Williams as attorney of record for CRF in the above captioned matter. Upon careful consideration of CRF's submission, and for good cause shown,

**IT IS** on this 23rd day of April, 2018,

**ORDERED** that Benjamin J. Williams is hereby withdrawn as attorney of record for CRF in the above captioned matter; and it is further

**ORDERED** that pursuant to Local Civil Rule 1.4, CRF's request and this Order shall be served upon the client and all other parties within seven (7) days of the entry of this Order; and it is further

**ORDERED** that the Clerk of the Court shall terminate Benjamin J. Williams as counsel of record for CRF Frozen Foods, LLC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/18

**SO ORDERED**

_Paul Gardephe_
HON. PAUL G. GARDEPHE, U.S.D.J.

100009756.1