UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
STARR SURPLUS LINES INSURANCE
COMPANY and HOUSTON CASUALTY
COMPANY,

            Plaintiff,

   - against -

CRF FROZEN FOODS, LLC,

           Defendants.
-------------------------------------------------------x

Case No. 17 Civ. 1030 (PGG)

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      Please enter my appearance in this case as counsel for Plaintiff Houston Casualty Company.  I certify that I am admitted to practice in this Court.

Dated: New York, New York
       April 25, 2018

MOUND COTTON WOLLAN &
GREENGRASS LLP

By:     /s/Sara N. Lewis
     Sara N. Lewis
One New York Plaza
New York, New York 10004
slewis@moundcotton.com
(212) 804-4200

Attorneys for Plaintiff
*Houston Casualty Company*