```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STARR SURPLUS LINES INSURANCE COMPANY,
and HOUSTON CASUALTY COMPANY,

        Plaintiffs,

-against-

CRF FROZEN FOODS, LLC,

        Defendant.

Docket No. 1:17:cv:01030-PGG

[PROPOSED]
ORDER

---

**THIS MATTER** comes before the Court upon Starr Surplus Lines Insurance Company's ("Starr's") request for an Order withdrawing Virginia I. Selden as attorney of record for Starr in the above-captioned matter. Upon careful consideration of Starr's submission, and for good cause shown,

**IT IS** on this 17th day of May, 2018,

**ORDERED** that Virginia I. Selden is hereby withdrawn as attorney of record for Starr in the above-captioned matter; and it is further

**ORDERED** that pursuant to Local Civil Rule 1.4, Starr's request and this Order shall be served upon the client and all other parties within seven (7) days of the entry of this Order; and it is further

**ORDERED** that the Clerk of the Court shall terminate Virginia I. Selden as counsel of record for Starr.

Dated: May 17, 2018

                                                                            United States District / ~~Magistrate~~ Judge