# ANDERSON KILL

Attorneys and Counselors at Law

ONE GATEWAY CENTER, SUITE 1510 ■ NEWARK, NJ 07102
TELEPHONE: 973-642-5858 ■ FAX: 973-621-6361
www.andersonkill.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/18
```

Steven J. Pudell, Esq.
SPudell@andersonkill.com
973-642-5877

September 21, 2018

*Via ECF and Fax*

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, NY 10007

    Re:    *Starr Surplus Lines Insurance Company and Houston Casualty Company v. CRF Frozen Foods, LLC*, Civil Action No. 17-cv-1030 (PGG)

Dear Judge Gardephe:

    Starr Surplus Lines Insurance Company ("Starr"), Houston Casualty Company ("HCC"), and CRF Frozen Foods, LLC ("CRF") submit this joint letter to report to the Court on the progress of additional discovery. This letter updates the parties' last joint letter to the Court dated September 7, 2018.

    As Your Honor may recall, on April 11, 2018, Judge Freeman ordered that Starr and HCC search for and produce certain documents and further Ordered CRF to review and produce relevant, non-privileged documents for over a one-year span, that are responsive to Phase I of this matter, dated from October 16, 2015 through February 10, 2017. As explained in prior joint letters to the Court, the parties followed up on Judge Freeman's order, including making supplemental productions of documents and privilege logs. Rather than restate what is in the prior joint letters to the Court, those letters are incorporated by reference.

    The parties have made substantial progress on their review of the supplemental productions, including the privilege logs. The parties are addressing a few issues and concerns that are expected to be resolved in short order.

    On September 12, 2018, Starr and HCC informed CRF that, based on CRF's supplemental productions and disclosures, Starr and HCC would need to reopen the depositions of Emily Camp (CRF's former Director of Quality Systems), Jon Rodacy (CRF's former President), and Loyd Richardson (CRF's former Operations Manager). Starr and HCC further informed CRF that it would need to take the deposition of Joe Silveira (CRF's former Controller). Counsel for Starr, HCC, and CRF are in the process of discussing concerns with those depositions, including scope and logistics. The parties expect the depositions will begin in late October, or early November 2018.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

100043019.1

Anderson Kill

Honorable Paul G. Gardephe, U.S.D.J.
September 21, 2018
Page 2

The parties propose providing the Court with another update on their progress on or before Friday, October 12, 2018. The parties anticipate that the October 12, 2018 letter will include the parties' suggestions for how the case should proceed from that point.

Sincerely yours,

/s/ Steven J. Pudell
Steven J. Pudell
ANDERSON KILL P.C.
*COUNSEL FOR CRF FROZEN FOODS, LLC*

/s/ John A. Nadas
John A. Nadas
CHOATE HALL & STEWART LLP
*COUNSEL FOR STARR SURPLUS LINES INSURANCE COMPANY*

/s/ Jeffrey S. Weinstein
Jeffrey S. Weinstein
MOUND COTTON WOLLAN & GREENGRASS LLP
*COUNSEL FOR HOUSTON CASUALTY COMPANY*

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Date: Sept 21, 2018

cc: All counsel of record via ECF

100043019.1