UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY, and HOUSTON CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>-against-<br><br>CRF FROZEN FOODS, LLC<br><br>Defendant | Docket No. 1:17-cv-01030-PGG<br><br>**[PROPOSED]**<br>**ORDER** |

**THIS MATTER** comes before the Court upon Starr Surplus Lines Insurance Company's ("Starr's") request for an Order withdrawing John A. Nadas as attorney of record for Starr in the above-captioned matter. Upon careful consideration of Starr's submission, and for good cause shown,

**IT IS** on this 17th day of December, 2018,

**ORDERED** that John A. Nadas is hereby withdrawn as attorney of record for Starr in the above-captioned matter; and it is further

**ORDERED** that pursuant to Local Civil Rule 1.4, Starr's request and this Order shall be served upon the client and all other parties within seven (7) days of the entry of this Order, and it is further

**ORDERED** that the Clerk of the Court shall terminate John A Nadas as counsel of record for Starr.

Dated: Dec 17, 2018

_____
Hon. Paul G. Gardephe
United States District Judge