# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW

ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200

FAX (212) 344-8066

www.moundcotton.com

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
FORT LAUDERDALE, FL
SAN FRANCISCO, CA

DIANA E. McMONAGLE
(212) 804-4250
dmcmonagle@moundcotton.com

January 9, 2019

**MEMO ENDORSED**

*The conference is adjourned to Feb. 5, 2019 at 12:30 p.m.*
**SO ORDERED:**

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Jan. 10, 2019

**VIA ECF AND FAX**

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

Re:   *Starr Surplus Lines Insurance Company and Houston Casualty Company v. CRF Frozen Foods, LLC*
      Civil Action No.: 17-cv-1030 (PGG)
      Our File No.: 3351.63

Dear Judge Gardephe:

We represent Plaintiff Houston Casualty Company in this action. On Monday, the Court issued an Order scheduling a conference (Dkt. 146) for January 31, 2019. Unfortunately, Jeffrey Weinstein and I are both unavailable on that date, and we respectfully request that the conference be rescheduled. Counsel for the other parties have agreed to our request for an adjournment, and all are available on the following dates: February 5; February 6; February 7; or February 14. Therefore, we respectfully request that the January 31 conference be adjourned and rescheduled to one of these dates that is convenient for Your Honor.

Thank you in advance for your understanding in this regard, and we await the Court's revised Order.

Respectfully submitted,

MOUND COTTON WOLLAN
& GREENGRASS LLP

By:   /s/Diana E. McMonagle
      Diana E. McMonagle

JSW:cer

cc:   All counsel of record via ECF