UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY, and HOUSTON CASUALTY COMPANY,<br><br>    Plaintiffs,<br><br> -against-<br><br>CRF FROZEN FOODS, LLC,<br><br>    Defendant. | Docket No. 1:17:cv:01030-PGG<br><br>[~~PROPOSED~~]<br>**ORDER** |

**THIS MATTER** comes before the Court upon Starr Surplus Lines Insurance Company's ("Starr's") request for an Order withdrawing Genevieve Aguilar Reardon as attorney of record for Starr in the above-captioned matter. Upon careful consideration of Starr's submission, and for good cause shown,

**IT IS** on this 18th day of January, 2019,

**ORDERED** that Genevieve Aguilar Reardon is hereby withdrawn as attorney of record for Starr in the above-captioned matter; and it is further

**ORDERED** that pursuant to Local Civil Rule 1.4, Starr's request and this Order shall be served upon the client and all other parties within seven (7) days of the entry of this Order, and it is further

**ORDERED** that the Clerk of the Court shall terminate Genevieve Aguilar Reardon as counsel of record for Starr.

Dated: Jan. 18, 2019

                      Hon. Paul G. Gardephe
                      United States District Judge

9044872v1

# CHOATE

Robert A. Kole
t 617-248-2121
f 617-502-2121
rkole@choate.com

January 18, 2019

**Via ECF and Regular Mail**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

      Re:   *Starr Surplus Lines Ins. Co. and Houston Cas. Co. v. CRF Frozen Foods, LLC*
            Case No. 1:17-cv-01030-PGG

Dear Judge Gardephe:

    This firm represents Plaintiff Starr Surplus Lines Insurance Company ("Starr") in the above-referenced action. This Court granted the admission of Genevieve Aguilar Reardon *pro hac vice* in this matter on March 1, 2017. *See* ECF No. 25. Ms. Aguilar Reardon is leaving Choate, Hall & Stewart and therefore no longer represents Starr.

    In accordance with Local Civil Rule 1.4, good cause exists to grant an Order for Ms. Aguilar Reardon's withdrawal as attorney of record. A Proposed Order is enclosed herein for the Court's consideration. The undersigned, along with Robert Frank and Matthew Arnould will continue to serve as counsel of record for Starr.

    Thank you for your consideration of this matter.

Respectfully submitted,

/s/ Robert A. Kole
Robert A. Kole (admitted *pro hac vice*)
Matthew B. Arnould (admitted *pro hac vice*)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, Massachusetts 02110
(617) 248-5000
(617) 248-4000 (Fax)
rkole@choate.com

Hon. Gardephe
January 18, 2019
Page 2

*Counsel for Starr Surplus Lines Insurance Company*

cc:   Steven J. Pudell, *Counsel for CRF Frozen Foods, LLC*
      Mark R. Hanson, *Counsel for CRF Frozen Foods, LLC*
      Jeffrey S. Weinstein, *Counsel for Houston Cas. Co.*
      Diana E. McMonagle, *Counsel for Houston Cas. Co.*