UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
STARR SURPLUS LINES INSURANCE
COMPANY and HOUSTON CASUALTY
COMPANY,

           Plaintiffs,

- against -

CRF FROZEN FOODS, LLC,

           Defendant.
----------------------------------------------------------x

Case No. 17 Civ. 1030 (PGG)

[~~PROPOSED~~] ORDER

THIS MATTER comes before the Court upon the request of Houston Casualty Company ("HCC") for an Order withdrawing Sara N. Lewis as attorney of record for HCC in the above-captioned matter. Upon careful consideration of HCC's submission, and for good cause shown,

IT IS on this 28th day January, 2019,

ORDERED that Sara N. Lewis is hereby withdrawn as attorney of record for HCC in the above-captioned matter; and it is further

ORDERED that pursuant to Local Civil Rule 1.4, HCC's request and this Order shall be served upon the client and all other parties within seven (7) days of entry of this Order; and it is further

ORDERED that the Clerk of the Court shall terminate Sara N. Lewis as counsel of record for HCC.

Dated: Jan. 28, 2019

                                                      HON. PAUL B. GARDEPHE
                                                      United States District Judge