UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARR SURPLUS LINES INSURANCE
COMPANY and HOUSTON CASUALTY
COMPANY,

                      Plaintiff,

      -against-

CRF FROZEN FOODS, LLC,

                      Defendant.

**ORDER**

17 Civ. 1030 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that trial on the Phase I issues in this matter will commence on **Monday, July 15, 2019 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse. Pre-trial submissions[1] are due by **June 14, 2019.** Any responsive papers are due by **June 24, 2019.**

        It is further ORDERED that a final pretrial conference will be held on **Friday, July 12, 2019 at 10:00 a.m.**

Dated: New York, New York
       March 1, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] Pretrial submissions should include the materials listed in Sections X.A, X.C, and X.D of this Court's Individual Rules of Practice in Civil Cases.