# MOUND COTTON WOLLAN & GREENGRASS LLP

COUNSELLORS AT LAW

ONE NEW YORK PLAZA
NEW YORK, NY 10004-1901

(212) 804-4200

FAX (212) 344-8066

WWW.MOUNDCOTTON.COM

NEW YORK, NY
FLORHAM PARK, NJ
GARDEN CITY, NY
FORT LAUDERDALE, FL
SAN FRANCISCO, CA

JEFFREY S. WEINSTEIN
(212) 804-4226
JWeinstein@moundcotton.com

March 28, 2019

**VIA ECF AND FAX**

Honorable Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 705
New York, New York 10007

      Re:    *Starr Surplus Lines Insurance Company and Houston Casualty Company v. CRF Frozen Foods, LLC*
              Civil Action No.: 17-cv-1030 (PGG)
              Our File No.: 3351.63

Dear Judge Gardephe:

      We represent co-plaintiff, Houston Casualty Company ("HCC"), and are writing on behalf of all Parties.

      On March 1, 2019, the Court issued an Order scheduling a bench trial of this action to commence on July 15, 2019, with pre-trial submissions due by June 14, 2019. We write on behalf of all Parties to respectfully request an adjournment of the trial date and the associated submission dates, for the reasons set forth below.

      The Parties are actively engaged in discussing the possibility of settlement through a mediation. Multiple mediators have been proposed and discussed, and the parties have agreed to proceed before Judge John Gleeson, U.S.D.J. (ret.). Mediation is scheduled for May 20, 2019, which is the first date on which Judge Gleeson, the parties, and their respective representatives are all available.

      In light of the pending mediation, and considering the June 14, 2019 deadline for the pre-trial submissions, and the resources and cost involved in preparing those submissions, the Parties respectfully request an adjournment of the trial date. In addition, one of the lead attorneys for HCC, Ms. McMonagle, has a planned vacation during the week of July 15, 2019 and would be unable to attend trial that week.

MOUND COTTON WOLLAN & GREENGRASS LLP

Honorable Paul G. Gardephe
March 28, 2019
Page 2

      The parties have held multiple discussions regarding potential dates for a rescheduled trial. Because of client, fact and/or expert witness, and other scheduling conflicts, the first full week on which the parties are all available would be the week beginning October 28, 2019. Alternatively, the Parties could be available during the week of October 7, 2019, but not on October 9, 2019 for religious observance of Yom Kippur.

      The Parties respectfully request an adjournment of the trial for one of the two weeks listed above. If the Court needs the Parties to suggest additional trial dates between July 22 and October 7, 2019, the Parties will make every effort to propose additional dates.

      Thank you for considering this joint request.

      Respectfully submitted,

      MOUND COTTON WOLLAN
      & GREENGRASS LLP


      By:  /s/ Jeffrey S. Weinstein
          Jeffrey S. Weinstein

JSW:cer

cc:    All counsel of record via ECF