UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STARR SURPLUS LINES INSURANCE COMPANY and HOUSTON CASUALTY COMPANY,

            Plaintiffs,

- against -

CRF FROZEN FOODS, LLC,

            Defendant.

---

**ORDER**

17 Civ. 1030 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that trial in this action, previously scheduled to begin on July 15, 2019, is adjourned to October 7, 2019 at 9:30 a.m. in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Pre-trial submissions – defined in this Court's March 1, 2019 order (Dkt. No. 161) – are now due by Friday, September 6, 2019; any responsive papers are due by Friday, September 13, 2019.

Dated: New York, New York
       April 4, 2019

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge