UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STARR SURPLUS LINES INSURANCE COMPANY and HOUSTON CASUALTY COMPANY,<br>            Plaintiffs,<br><br>        - against -<br><br>CRF FROZEN FOODS, LLC,<br>            Defendant. | CIVIL ACTION NO. 1:17-CV-1030-PGG |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Starr Surplus Lines Insurance Company and Houston Casualty Company and Defendant CRF Frozen Foods, LLC (collectively, the "Parties"), through their undersigned counsel, hereby stipulate that this action shall be and hereby is dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear its own costs and fees in this action.

9342903v1

| | |
|---|---|
| Plaintiff,<br>**STARR SURPLUS LINES<br>INSURANCE CO. ,**<br>By its Attorneys, | Defendant,<br>**CRF FROZEN FOODS, LLC**<br>By its Attorneys, |
| S/ Robert A. Kole<br>Robert A. Kole (admitted *pro hac vice*)<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA 02110<br>Tel:  (617) 248-5000<br>Fax:  (617) 248-4000<br>rkole@choate.com | S/ Steven J. Pudell<br>Steven J. Pudell<br>Christina Yousef<br>ANDERSON KILL P.C.<br>One Gateway Center, Suite 1510<br>Newark, New Jersey 07102<br>Tel:  (973) 642-5858<br>Fax:  (973) 621-6361<br>E-mail:  spudell@andersonkill.com<br>E-mail:  cyousef@andersonkill.com |
| Brent Reitter (BR0639)<br>HINSHAW & CULBERTSON LLP<br>800 3rd Avenue<br>New York, NY 10022<br>(212) 471-6200<br>breitter@hinshawlaw.com | Mark R. Hanson (admitted *pro hac vice*)<br>NILLES LAWYERS<br>201 N. 5th Street – 18th Floor<br>P.O. Box 2626<br>Fargo, ND 58102<br>Tel:  (701) 237-5544<br>Fax:  (701) 280-0762<br>mhanson@nilleslaw.com |

Plaintiff,
**HOUSTON CASUALTY COMPANY,**
By its Attorneys,

S/ Diane McMonagle
Jeffrey S. Weinstein
Diana E. McMonagle
MOUND COTTON WOLLAN &
GREENGRASS LLP
One New York Plaza
New York, NY 10004
Tel:  (212) 804-4200
Fax:  (866) 947-0883
Email:  jweinstein@moundcotton.com
Email:  dmcmonagle@moundcotton.com

Dated:  July 9, 2019

9342903v1

I, Robert A. Kole counsel for Starr Surplus Lines Insurance Co., hereby certify that Diane McMonagle counsel for Houston Casualty Company, and Steven J. Pudell counsel for CRF Frozen Foods LLC, have agreed to the form and substance of this Joint Stipulation of Dismissal with Prejudice, and that Attorneys McMonagle and Pudell, via e-mail, have authorized me to submit this document electronically on their behalf.

S/ Robert A. Kole
Robert A. Kole

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

DATED this _____, 2019,


_____
Paul G. Gardephe
United States District Judge

4