UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STARR SURPLUS LINES INSURANCE
COMPANY and HOUSTON CASUALTY
COMPANY,
         Plaintiffs,

- against -

CRF FROZEN FOODS, LLC,
         Defendant.

CIVIL ACTION NO. 1:17-CV-1030-PGG

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Starr Surplus Lines Insurance Company and Houston Casualty Company and Defendant CRF Frozen Foods, LLC (collectively, the "Parties"), through their undersigned counsel, hereby stipulate that this action shall be and hereby is dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and fees in this action.

1

9342903v1

Plaintiff,
**STARR SURPLUS LINES INSURANCE CO.**,
By its Attorneys,

S/ Robert A. Kole
Robert A. Kole (admitted *pro hac vice*)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5000
Fax: (617) 248-4000
rkole@choate.com


Brent Reitter (BR0639)
HINSHAW & CULBERTSON LLP
800 3rd Avenue
New York, NY 10022
(212) 471-6200
breitter@hinshawlaw.com

Defendant,
**CRF FROZEN FOODS, LLC**
By its Attorneys,

S/ Steven J. Pudell
Steven J. Pudell
Christina Yousef
ANDERSON KILL P.C.
One Gateway Center, Suite 1510
Newark, New Jersey 07102
Tel: (973) 642-5858
Fax: (973) 621-6361
E-mail: spudell@andersonkill.com
E-mail: cyousef@andersonkill.com

Mark R. Hanson (admitted *pro hac vice*)
NILLES LAWYERS
201 N. 5th Street – 18th Floor
P.O. Box 2626
Fargo, ND 58102
Tel: (701) 237-5544
Fax: (701) 280-0762
mhanson@nilleslaw.com


Plaintiff,
**HOUSTON CASUALTY COMPANY**,
By its Attorneys,

S/ Diane McMonagle
Jeffrey S. Weinstein
Diana E. McMonagle
MOUND COTTON WOLLAN & GREENGRASS LLP
One New York Plaza
New York, NY 10004
Tel: (212) 804-4200
Fax: (866) 947-0883
Email: jweinstein@moundcotton.com
Email: dmcmonagle@moundcotton.com


Dated: July 9, 2019

2

9342903v1

I, Robert A. Kole counsel for Starr Surplus Lines Insurance Co., hereby certify that Diane McMonagle counsel for Houston Casualty Company, and Steven J. Pudell counsel for CRF Frozen Foods LLC, have agreed to the form and substance of this Joint Stipulation of Dismissal with Prejudice, and that Attorneys McMonagle and Pudell, via e-mail, have authorized me to submit this document electronically on their behalf.

S/ Robert A. Kole
Robert A. Kole

3

9342903v1

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

DATED this 11th day of July, 2019,

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge